# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Appellant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, A FOREIGN CORPORATION,<br><br>Respondent. | No. 77322<br><br>**FILED**<br><br>MAR 19 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL
## AND ADMONISHING APPELLANT'S COUNSEL

Pursuant to appellant's motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.[1]

cc: Ayon Law, PLLC
    Akerman LLP/Las Vegas

---

[1]In light of appellant's voluntary dismissal, this court's February 19, 2019, order, imposing conditional sanctions for failure to file the case appeal statement and docketing statement in this case, is hereby vacated. Appellant is admonished, however, that future disregard of this court's notices and orders may result in the imposition of sanctions, including referral to the State Bar of Nevada.